Joseph Y. Avrahamy, Esq. (SBN: 150885)
**LAW OFFICES OF JOSEPH Y. AVRAHAMY**
16530 Ventura Boulevard, Suite 208
Encino, CA 91346
Telephone (818) 990-1757

Attorneys for Plaintiff,
FRANCISCO VEGA AVILA

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISON

| | |
|---|---|
| FRANCISCO VEGA AVILA,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES WORLD AIRPORTS; OFFICER HERNANDEZ; OFFICER LOW; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: CV10-6321SVW (VBKx)<br><br>Assigned to<br>Hon. Stephen V. Wilson, Dept. 6<br><br>**ORDER RE: DISMISSAL** |

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a), that the above captioned action be and hereby is dismissed, in its entirety, ***with prejudice***, each party to bear its own respective costs and attorneys' fees.

DATED: May 2, 2011      By: _/s/ Stephen V. Wilson_
                           UNITED STATES DISTRICT JUDGE